SM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Anna Renee Burke )
_____ )
_____ )
Plaintiff(s), )
 )
v. Chicago Public Schools )
#299 )
Chicago Board of Education )
Defendant(s). )

RECEIVED
NOV 03 2021
THOMAS G. BRUTON
CLERK, US DISTRICT COURT

Case Number:

1:21-cv-05874
Judge Jorge L. Alonso
Magistrate Judge Maria Valdez
RANDOM

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.
2. The plaintiff is __Anna Renee Burke__ of the county of __Will__ in the state of __Illinois__.
3. The defendant is __Chicago Public Schools #299__, whose street address is __1 N. Dearborn St. Suite 900__, (city) __Chicago__ (county) __Cook__ (state) __IL.__ (ZIP) __60602__
(Defendant's telephone number) (__773__) - __553 - 1700__

4. The plaintiff sought employment or was employed by the defendant at (street address) __620 N. Sawyer Ave.__ (city) __Chicago__ (county) __Cook__ (state) __IL__ (ZIP code) __60624__

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☒ was hired and is still employed by the defendant.

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) October, (day) 26, (year) 2021.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has ☒ has not filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☐ the United States Equal Employment Opportunity Commission, on or about

            (month)_____ (day)_____ (year)_____.

        (ii) ☐ the Illinois Department of Human Rights, on or about

            (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ Yes, ☒ No, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes  ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes  ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☒ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

    (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

    (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

    (e) ☒ Race (Title VII of the Civil Rights Act of 1964 and (42 U.S.C. §1981).

    (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

    (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
    (a) ☒ failed to hire the plaintiff. *I checked with 2 different agencies and there are no high school jobs available for speech-language pathologists for contractors in Chicago Public Schools (non charter) which violates Idea and Fape. CPS board of ed contract does not allow contract related service providers. I am a speech-language pathologist.*
    (b) ☐ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ failed to stop harassment;
    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
    (h) ☒ other (specify): *I can only be hired at charter schools due to CPS Board of Ed Contract and residency requirement. I am currently staying in motels in Cook County, but cannot afford to stay in motels/hotels in Chicago. Certain areas of city and suburbs may have traditionally been certain race or ethnic groups and religions.*

_____
_____
_____
_____
_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    I can only be hired by Charter schools in Chicago as a contract speech-language pathologist due to residency requirements and CPS contract which does not allow contract related service providers. I also live transiently in Cook County and my permanent residence is in Will County. Certain races/ethnic groups may be in certain places and I should be able to be employed and/or contract at all CPS schools, not just Charters as it denys students of IDEA + FAPE.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☒ Direct the defendant to (specify): provide equitable education to all students including busing, special education services, staff for special education including nursing,

allow employees/contract staff to meet IDEA and FAPE. Provide budgets for training, equitable ESL services/dual language, equity in funding for all students, including students in special education, english language learners, regular ed, gifted, transition and services vocational programs. Also provide specialized busing to students of all ages as required by IDEA to meet FAPE.

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_Anna Renee Burke_
(Plaintiff's signature)

_Anna Renee Burke_
(Plaintiff's name)

_14944 Cog Hill Lane_
(Plaintiff's street address)

(City) _Homer Glen_ (State) _IL_ (ZIP) _60491_

(Plaintiff's telephone number) (_708_) – _280-7038_

Date: _11-2-2021_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6