[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(1) MO

RECEIVED
NOV 23 2021 PM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Anna G. Burke )
Plaintiff )
) Case Number: 21 C 5874
v. )
) Judge: Alonso
Chicago Public Schools #299 )
Chicago Board of Education ) Magistrate Judge: Valdez
Defendant )

I am amending my initial suit because I am having to change jobs to work outside of Chicago due to fear of retaliation since publicly speaking at Chicago City Council and filing the lawsuit. The school is actually very nice, but I have had issues with receiving ticket number 6050731330 as a speed warning/ park safety zone from the City of Chicago Department of Finance on 10/29/21 for a supposed incident on 8/29/21. I also received ticket number 6050906367 for a supposed speed violation 6-10 in a school safety zone for $35.00 on 9/17/21 with a notice date of 11/7/21. I also have been sexually assaulted in Chicago since I began community advocacy after experiencing domestic violence and not finding any food or shelter resources I could safely use. I also have received negative comments that attack my character as an educator on Minooka Community High Schools Facebook page when trying to talk about educational equity advocacy. I reported my concerns about the facebook comments to the FBI and the High School Principal. I have been unable to return to a job

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

twice due to my advocacy and overall experience of ②
trauma due to the multi-factorial issues I have
been having since experiencing violence, and not being able
to find resources I can use. My credit has
suffered and I also had a security breach of information
at my private doctor's place of employment just a few
day after leaving Chicago Read where I was detained
without due process even though I never committed a
crime. Now, I am grieving again. First my mom
died on 2-13-20 and now a friend who I
met at Chicago Read died since he left there.
I recently added his information to my lawsuit
against Chicago Read because I have evidence
they detained him involuntarily (judges) but then
Chicago Read made his sign a voluntary form.
I have his court paperwork because he asked me
to use his name and do something to help his
situation even before I found out he died
shortly after leaving Chicago Read. Now, I have
given notice (nearly 30 days ago) to leave my contract
job at CPS and will be working with the
same contract company to look for a new job.
I also have been advocating for Marci Webber
who is at Chicago Read and is detained unlawfully
since a judge in DuPage County let her go only for
others to detain her without cause. She never was
dangerous to herself or others in the 44 days I was
detained without due process (any days I was on her unit)

I am also concerned that I may be retaliated against because I have filed multiple State of IL judicial inquiry board complaints and have detailed many of my concerns verbally and via in writing and by copies to the Chicago FBI. I also contacted OIG, the Secret Service, lawmakers, IDPH and police while detained and in some cases after. All of this definitely impacts my situation in a financial and personal manner.

Anna R Burke
11-23-2021